## Commonwealth *v.* Stone.

Argued March 19, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*C. Brewster Rhoads,* with him *G. Thomas Miller, Donald J. Farage,* and *Bailey, Pearson, Miller & Bolton,* and *Montgomery, McCracken, Walker & Rhoads,* for appellant.

*Martin H. Lock,* Assistant District Attorney, with him *H. F. Dowling,* District Attorney, for appellee.

OPINION PER CURIAM, May 8, 1959:

The judgments of the Superior Court are affirmed on the opinion of Judge ERVIN, reported at 187 Pa. Superior Ct. 225, 144 A. 2d 614.

Mr. Justice MUSMANNO dissents.